In the Matter of the Application of PERCY CRAIG SPENCER for Admission to Practice as an Attorney and Counselor at Law. (From the State of Kansas.) — Application granted. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of VICTOR D. WERNER for Admission to Practice as an Attorney and Counselor at Law. (From the State of Wisconsin.) — Application granted. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

AVERS FUEL CORPORATION, Plaintiff, v. HERMAN SCHROEDER and JOHANNA M. SCHROEDER, Defendants-Appellants; THE DIME SAVINGS BANK OF BROOKLYN, Defendant-Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

CAROL BUNDY, Respondent, v. EY-TEB, INC., Appellant, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

GOTHAM PACKING CO., INC., Respondent, v. A. F. REES, INC., Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

JOHN HOENIG, Respondent, v. CENTRAL STAMPING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.